IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE GREER, | No. 2:14-cv-2076-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On April 3, 2015, plaintiff was ordered to show cause why this action should not be dismissed for failure to inform the court regarding submission of service documents to the United States Marshal, as required. Plaintiff has responded to the order to show cause, and defendant has filed a notice of appearance. Good cause appearing therefor, the order to show cause is discharged.

IT IS SO ORDERED.

DATED: June 22, 2015

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

1