BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA WADE ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8943
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE BRENT GREER, | Case No. 2:14-cv-02076-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The parties, through their respective counsel, stipulate that the time for Defendant to file her response to Plaintiff's Motion for Summary Judgment should be extended to November 30, 2015.

//

//

-1-

1  This is Defendant's first request for an extension of time to respond to
2  Plaintiff's Motion for Summary Judgment.  Defendant needs the additional time
3  due to multiple conflicting due dates and miscalendaring of the instant matter.
4  Plaintiff does not object and agrees that all subsequent filing deadlines should be
5  extended accordingly.

Respectfully submitted,

Dated: October 16, 2015    */s/ Jonathan Ellison*\*
JONATHAN ELLISON
Attorney for Plaintiff Kyle Greer
(\*Authorized via Email on 10/15/15)


Dated: October 16, 2015    BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant United States Attorney
Attorneys for Defendant


IT IS SO ORDERED:

Dated:  October 21, 2015

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

-2-